**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DOMINIQUE J. EARLEY *et al.*                                      PLAINTIFFS

V.                                      NO: 3:12CV00215 DPM/HDY

JEREMY SPRAGUE *et al.*                                      DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge  (if such a  hearing is granted)  was not  offered at  the hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the

1

hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Plaintiffs Dominique J. Earley, Demarcus Parker, and Berrie Sanders, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983 (docket entry #2), on September 14, 2012. The undersigned has previously recommended the dismissal of claims filed by Parker and Sanders (docket entry #4). Defendants have now filed a motion to dismiss Earley's claims, along with a brief in support (docket entries #12-#13). Although more than 14 days have passed, Earley has not responded.

According to Defendants, Earley has failed to keep the Court, and them, apprised of his current address, and they have been unable to serve him with copies of pleadings or engage in discovery. Defendants assert that mail sent to Earley's address of record has been returned. Mail the Court has sent to Earley at his address of record has also been returned, with a notation indicating that he has been released from custody (docket entry #16). Accordingly, Defendants' motion should be granted, and Earley's claims should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). Because the claims of the other Plaintiffs should also be

dismissed, the complaint should be dismissed in its entirety.[1]

IT IS THEREFORE RECOMMENDED THAT:

1.      Defendants' motion to dismiss (docket entry #12) be GRANTED, and Plaintiffs' complaint be DISMISSED WITHOUT PREJUDICE.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __6__ day of November, 2012.

_____

UNITED STATES MAGISTRATE JUDGE

---

[1]Earley has previously been notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." *See* docket entry #3.