IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DOMINIQUE J. EARLEY;
DEMARCUS PARKER; and
BERRIE SANDERS                                                    PLAINTIFFS

v.                           No. 3:12-cv-215-DPM-HDY

JEREMY SPRAGUE;
BRYAN HINES; and
GLENN BROWN                                                       DEFENDANTS

## ORDER

No one has objected to Magistrate Judge H. David Young's recommendation, *Document No. 4*, that the Court dismiss Parker and Sanders as plaintiffs because the complaint contained no allegations specific to them. On review for legal error and clear error of fact, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee notes), the Court adopts Judge Young's recommendation as its own decision.

One plaintiff, Dominique J. Earley, remains. The defendants have moved to dismiss her claims because she has not updated her address and cannot be served with discovery requests. *Document No. 12*. Judge Young has recommended granting the defendants' motion and dismissing Earley's

complaint. *Document No. 17.* Earley has not responded to the motion or objected to Judge Young's proposal. Again reviewing for legal error and clear factual error, the Court adopts Judge Young's recommendation in full. Earley's complaint is dismissed without prejudice.

 So Ordered.

        */s/ D.P. Marshall Jr.*
        D.P. Marshall Jr.
        United States District Judge

        29 November 2012