IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DOMINIQUE J. EARLEY;
DEMARCUS PARKER; and
BERRIE SANDERS                      PLAINTIFFS

v.            No. 3:12-cv-215-DPM

JEREMY SPRAGUE;
BRYAN HINES; and
GLENN BROWN                     DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

29 November 2012